Application **DENIED**.  The Court does not typically adjourn the initial conference based on the answer deadline.

Dated: April 15, 2024
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: <u>Larimer v. Lehman College- CUNY</u>, Index No. 23 Civ. 10447 (LGS)

Your Honor:

This Office represents Defendant, the City University of New York ("CUNY"), in the above-referenced matter.[1]  I write respectfully, with Plaintiff's consent, to request that the Court adjourn the initial conference scheduled for April 24, 2024 until a date after CUNY's response to the Amended Complaint has been filed.

Plaintiff's Amended Complaint was filed on March 29, 2024 (ECF No. 18), and CUNY's response is due on May 15, 2024 (ECF No. 16). In addition, an initial conference is scheduled for April 24, 2024 (ECF No. 13) and, pursuant to the Court's rules, a joint letter regarding the case schedule is due seven days prior, on April 17, 2024. CUNY respectfully requests that the conference, as well as the letter, be adjourned until a date after CUNY's response to the Amended Complaint has been filed. This adjournment will allow the parties to discuss the case schedule with a full understanding of the defenses that CUNY will assert in this case.

Plaintiff consents to the adjournment requested herein. This is CUNY's second request to adjourn the initial conference, and no other dates will be affected. Thank you for your consideration of this request.

Respectfully Submitted,
/s/ Mark R. Ferguson
MARK R. FERGUSON
Assistant Attorney General
28 Liberty Street
New York, NY 10005
Mark.Ferguson@ag.ny.gov

cc: Counsel of record

---

[1] Lehman College, a senior college in the CUNY system, is not a "legally cognizable entity apart from CUNY." *Clissuras v. City Univ. of N.Y.*, 359 F.3d 79, 81 n.2 (2d Cir. 2004) (per curiam), *cert. denied*, 543 U.S. 987 (2004). CUNY is thus the sole proper institutional defendant in this action.