# cerasia law llc
## employment lawyers

Edward Cerasia II
646.525.4231
ed@cdemploymentlaw.com

June 20, 2024

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

    Re: *Larimer v. Lehman College - CUNY, et al.*, 23-CV-10447 (LGS-KHP)

Dear Judge Schofield:

    We represent plaintiff Amy Larimer in this case. The parties informed Your Honor that they reached a settlement in principle and, on May 22, 2024, Your Honor issued an Order providing that the case was dismissed and could be restored to the Court's calendar within 30 days (by June 21). The parties have exchanged drafts of the settlement papers, but have not yet finalized them. We anticipate doing so within the next two weeks, and the parties therefore respectfully and jointly request that the Court extend the deadline for restoring the case to the calendar until July 8, 2024.

    We thank Your Honor for her consideration of this request.

    Respectfully submitted,

    CERASIA LAW LLC

    */s/ Edward Cerasia II*

    Edward Cerasia II

    /s/ Mark R. Ferguson
    Mark R. Ferguson
    Assistant Attorney General
    28 Liberty Street
    New York, New York 10005
    Mark.Ferguson@ag.ny.gov

One Liberty Plaza | 165 Broadway, 23rd Floor | New York, New York 10006 | 646.525.4235
101 Eisenhower Parkway, Suite 300 | Roseland, New Jersey 07068 | 973.786.1368
One South Church Avenue, Suite 1200 | Tucson, Arizona 85701 | 520.416.4365
www.cdemploymentlaw.com